FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0167

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ALAN TODD RUFF,

     Defendant and Appellant.

# ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 13, 2021, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021